**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BICH THI HO,<br>BICH THI HO O/B/O A.D. | } | CIVIL ACTION 2:23-cv-05618 |
| | } | |
| Plaintiffs | } | |
| | } | |
| v. | } | JUDGE: Lance M. Africk |
| | } | |
| JEFFERSON FINANCIAL<br>FEDERAL CREDIT UNION | } | |
| | } | |
| Defendant | } | MAGISTRATE: Janis van Meerveld |

**MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**
**AND HOLD NON-PARTIES IN CONTEMPT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Bich Thi How, on her behalf and behalf of her minor child A.D., and respectfully represents.

On March 11, 2024, a subpoena was issued ordering the non-parties, Connie Trieu and Trieu Law, LLC, to produce the documents and electronically stored information pertaining to the alleged mortgage loan issued by Defendant. The non-parties are purported settlement agent, title insurance agent, and notary public, and are presumed to be in possession of the settlement/closing documents. The requested documents and information are relevant to Plaintiff's claims.

The non-parties were required to respond by April 15, 2024, but provided no such response. Plaintiff attempted to confer with non-parties on April 30, 2024, but received no response by May 6, 2024. And again, on May 22, 2024.

On June 20, 2024, Ms. Trieu filed a motion to squash the said subpoena, citing undue burden and the presumption that Defendant JFFCU is in possession of the same requested

information and as a party should share the documents with Plaintiffs. Rec. Doc. 53. The response confirms that the non-parties are in possession of the requested information and documents.

On May 20, 2024, undersigned has conferred with counsel for the opposing party, who has no opposition to this Motion.

Pursuant to Fed. R. Civ. P. 37, Plaintiff, through undersigned, certifies that she has attempted to amicably resolve the discovery dispute with the non-parties.

WHEREFORE, Plaintiff respectfully requests that this Court (1) order non-parties Connie Trieu and Trieu Law, LLC to either comply with the subpoena for the production of documents dated March 11, 2024 by a date certain and/or to appear before the Court at a date and time set by the Court to show cause why they should not be held in contempt for failing to comply with Plaintiff's subpoena and (2) award Plaintiff costs and attorney fees incurred in seeking enforcement of the subject subpoena and/or order sanctions against the non-parties for failing to comply with the subpoena pursuant to Fed. R. Civ. P. 34(c) and Fed. R. Civ. P. 45(g).

Respectfully submitted,

*/s/ Vladimir Thomas*
Vladimir Thomas, Esq. (39362)
Law Office of Vladimir Thomas
925 Behrman Hwy.
Suite G
Gretna, LA 70056
Tel: (504) 499-1878
Fax: (504) 399-8743
thomas@vthomaslaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on June 26, 2024, filed the foregoing brief with the U.S. District Court for the Eastern District of Louisiana by using the Court's CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Vladimir Thomas*